C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
KATRINA CARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-01-149-01 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| KATRINA CARNES, | |
| Defendants. | |

STIPULATION

This matter was scheduled for Status Conference on April 6, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.  I have contacted counsel for the United States, AUSA Carolyn Delaney, and she has agreed, subject to the court's approval, to continue this matter until May 11, 2007, at 9:00 a.m.  My client is possibly facing indictment in Montana regarding activities that are reflected in possible conduct alleged in the Petition for Violation of Supervised Release. She has been appointed counsel in Montana, and I am currently consulting with him in regards to possible future strategy.

All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for April 6, 2007, at 9:00 a.m., to May 11, 2007, at 9:00 a.m. in the courtroom of the Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED:   4-11-07          /s/ C. EMMETT MAHLE

C. EMMETT MAHLE
Attorney for Defendant
KATRINA CARNES

DATED:   4-11-07          /s/ CAROLYN DELANEY
AUSA CAROLYN DELANEY
Signed by C. EMMETT MAHLE with
permission of Ms. Delaney


(PROPOSED) ORDER


GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference that was scheduled for April 6, 2007, at 9:00 a.m., is hereby continued to May 11, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.   Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: April 12, 2007

GARLAND E. BURRELL, JR.
United States District Judge

- 2