UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

         RE: Katrina CARNES
            Docket Number: 2:01CR00149-01
            **CONTINUATION OF HEARING**

Your Honor:

The above case is scheduled for revocation hearing on Friday, May 11, 2007 at 9:00 a.m. I am requesting the hearing be continued to Friday, June 15, 2007 at 9:00 a.m. The releasee is currently out of custody. All parties are in agreement with the continuance, including the releasee.

            Respectfully submitted,

            /s/ Dayna D. Ward

            **DAYNA D. WARD**
            **Senior United States Probation Officer**

Dated:  May 4, 2007
      Roseville, California
      DDW

**REVIEWED BY:**   /s/ Richard A. Ertola
         **RICHARD A. ERTOLA**
         **Supervising United States Probation Officer**

cc:  Carolyn Delaney
    Executive Assistant United States Attorney

    C. Emmet Mahle
    Defense Counsel

Rev. 05/2006
MEMO ~ COURT.MRG

**RE:   Katrina CARNES**
**      Docket Number:   2:01CR00149-01**
**      <u>CONTINUANCE OF HEARING</u>**


AGREE:  __X_____          DISAGREE:  _____

Dated:  May 4, 2007

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge