UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Kimberly J. Mueller
United States Magistrate Judge
Sacramento, California

                                                  RE:    Katrina CARNES
                                                        Docket Number:  2:01CR00149-01 GEB
                                                        <u>MODIFICATION OF SUPERVISED RELEASE PENDING DISPOSITION</u>

Your Honor:

On June 15, 2007, the above releasee appeared in court for arraignment on Superseding Petition and detention hearing.  The releasee is ordered released under the following additional special condition of Supervised Release:

1. The defendant shall comply with the conditions of home detention pending resolution of petition to commence when directed by the probation officer.  During this time, the defendant will remain at place of residence except for employment and other activities approved in advance by the defendant's probation officer.

                                              Respectfully submitted,

                                              /S/

                                          **DAYNA D. WARD**
                                   **Senior United States Probation Officer**

Dated:       June 15, 2007
                Roseville, California
                DDW

                                  /S/
**REVIEWED BY:**  _____
                                **RICHARD A. ERTOLA**
                                **Supervising United States Probation Officer**

**RE:    Katrina CARNES**
**       Docket Number:   2:01CR00149-01 GEB**
**       <u>MODIFICATION OF SUPERVISED</u>**
**       <u>RELEASE PENDING DISPOSITION</u>**

_____

__X__       ORDERED                    _____      NOT ORDERED

_____                 __6/20/2007__
U.S. MAGISTRATE JUDGE                             Date

cc:    Carolyn Delaney
       Assistant United States Attorney

       C. Emmet Mahle
       Defense Counsel