IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )
                              )    2:01-cr-0149-GEB
          Plaintiff,          )
                              )
     v.                       )    ORDER
                              )
KATRINA CARNES,               )
                              )
          Defendant.          )
_____)
```

On December 19, 2011, Defendant filed a letter requesting this Court reconsider her sentence "based on the course of [her] rehabilitation[.]" (ECF No. 43.) However, Defendant's letter does not clearly show that this Court has jurisdiction over the matter. Further, even if this Court has jurisdiction, Defendant has not shown that her sentence should be reduced. Therefore, Defendant's request is DENIED.

IT IS SO ORDERED.

Dated:  December 28, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1